**APPENDIX B**

## Deposition Testimony, Erich S. Phillips, Ph.D.

| Case Name | State | Court | Number | Date |
|---|---|---|---|---|
| Bagato v. International Speedway | CA | San Bernadino County Superior Court | No. CIVDS 907397MF | 02/12/13 |
| Butler v. Upland Community Center | CA | Orange County Superior Court | Case No. 30-2011-00438764-CU-NP-CJC | 05/09/13 |
| Geiger v. G&S Holdings | CA | San Bernadino County Superior Court | Case No.: CIVVS 1105025 | 11/20/13 |
| Kumah v. Town of Greenwich | CT | Superior Court District of Fairfield at Bridge | FBT-CV-08-5015502 S | 12/03/13 |
| LaNotte v. Verdi Club | CA | Superior Court of California | No. 12 CE GG 03596 JH | 06/06/14 |
| Sarabia v. Gardner Trucking | CA | Superior Court of California County of Los Angeles | KC064106R | 06/11/14 |
| Casillas v. Landstar | CA | Superior Court of California County of Los Angeles | BC500485 | 12/29/14 |
| Rogers v. Sunbelt Trucking | TX | District Court, Harris County | 2013-65334 | 03/04/15 |
| Camicia v. Mercer Island | WA | Superior Court of Washington, King County | 07-2-29545-3 | 03/11/15 |
| De La Paz v. Silveira | CA | Superior Court of California Monterey County | M123195 | 05/25/15 |
| Hall v. Mastic | CA | US District Court, Central District of California, Eastern District | Case No. ED CV 14-02048-VAP | 11/10/15 |
| Picazzo v. C.W. Driver | CA | Superior Court of California County of Los Angeles | Case No.: BC531187 | 01/05/16 |
| Carpio v. Caltran | CA | Superior Court of California County of Santa Clara | No. 1-14-CV-267867 | 09/06/16 |
| Monzon v. Kitsap County | WA | Superior Court of Washington, Pierce County | No. 15-2-06328-1 | 11/17/16 |
| Blanchard v. International Paper | LA | 10th Judicial District Court, Natchitoches Parish. LA | No. 88,071-A | 04/20/17 |
| York v. Trader Joe's | WA | Superior Court of Washington for Thurston County | No. 15-2-00024-9 | 01/18/17 |
| Xu v. Issaquah | WA | Superior Court of Washington for King County | No. 16-2-09668-9 SEA | 02/23/17 |
| Cross v. Lufkin Creosoting | TX | District Court 217th Judicial District Angelina County, TX | No. CV000161501 | 03/08/17 |

## Trial Testimony, Erich S. Phillips, Ph.D.

| Case Name | State | Court | Number | Date |
|---|---|---|---|---|
| Pisaturo v. First Student | RI | State of Rhode Island Superior Court | C.A. NO. 09-1345 | 01/11/13 |
| Kumah v. Town of Greenwich | CT | Superior Court District of Fairfield at Bridgeport | FBT-CV-08-5015502 S | 01/15/14 |
| Tansey v. D.W. White Construction | MA | Massachusetts Superior Court | C.A. NO. 11-1177 | 02/13/14 |
| Geiger v. G&S Holding | CA | San Bernadino County Superior Court | Case No.: CIVVS 1105025 | 09/24/14 |
| People v. Reitzell | CA | San Mateo | | 05/14/15 |
| Heath v. Young Americans | CA | Superior Court of California, County of Riverside | No. RIC 1312659 | 10/13/15 |
| Li v. Padovani | MA | Middlesex Superior Court | CA No. 13-4336 | 05/04/16 |
| Carpio v. Caltran | CA | Superior Court of California County of Santa Clara | No. 1-14-CV-267867 | 10/20/16 |
| Monzon v. Kitsap County | WA | Superior Court of Washington, Pierce County | No. 15-2-06328-1 | 01/31/17 |