# Appendix B

# Duffner Engineering

Duffner Engineering
50 W. Summit Dr.
Emerald Hills, CA  94062

(650) 701-1055     office
(650) 701-1056     facsimile
(650) 704-8166     mobile

dduffner@duffnerengineering.com
www.duffnerengineering.com

**Dirk H. Duffner, P.E., Mechanical Engineer**
Failure Analysis / Materials Science / Metallurgy

**Depositions**

1. Cupertino Waterfall Homeowners Association v Landmark Development
   Santa Clara County California Superior Court
   No. 669981
   August 9, 1993

2. Lucille Lund v Albertson's Inc.
   Solano County California Superior Court
   No. L-000187
   December 21, 1994

3. Gallaread v North Bay Construction
   Sonoma County California Superior Court
   No. 202527

4. Frontier Ford v Technical Chemical
   United States District Court of California
   No. C96-20678-PVT
   October 31, 1997

5. Benson v Trend-Lines, Inc.
   Alameda County California Superior Court
   No. 791398-7
   April 16, 1999

6. Willis v Transamerica Leasing, et al.
   Cook County, Illinois
   No. 98 L 3127
   May 12, 1999

7. Rosewood HOA v Citation Homes
   Santa Clara County California Superior Court
   No. CV764784
   February 3, 2000

8.     Volpe v IKO Industries, Ltd
   Cook County, Illinois
   No. 96 L 08598
   March 23, 2000

9.     Breshears v Jumpking
   United States District Court Western District of Missouri Southern Division
   No. 6-99-03430-DW
   December 7, 2000

10.    IPSCO Steel, Inc. v Mannesmann Dematic Corp.
    United States District Court Southern District of Iowa Davenport Division
    No. 3:99-CV-90095
    April 4, 2001

11.    Northwest Packing Company v Chicago Blower Corporation
    United States District Court Northern District of California San Jose Division
    No. C 01-20099 PVT ARB
    December 19, 2001

12.    Fifty Peninsula Partners v Forestex Company
    Unknown Court
    Unknown Number
    August 23, 2002

13.    Galvan-Ruiz v LA County-USC Medical Center
    Los Angeles County California Superior Court
    No. BC240915
    October 21, 2002

14.    Pacific Custom Pools, Inc. v Rock and Waterscape Systems, Inc.
    Clark County Nevada District Court
    No. A400198
    January 28, 2003

15.    Perez v. Antioch Rail
    San Francisco County California Superior Court
    No. 305986
    February 21, 2003

16. Liu v Buena Vista Development
    Santa Clara County California Superior Court
    No. 1-01-CV-801205
    October 8, 2004

17. Vargas v Stork Gamco
    United States District Court Eastern District of California Fresno Division
    No. CIV F-02-5396 OWW SMS
    October 19, 2004

18. Holly v Amarr Garage Doors
    Maricopa County Arizona Superior Court
    No. CV2002-022459
    November 11, 2004

19. James Ledesma v Siskiyou Forest Products, Inc.
    Yolo County California Superior Court
    No. PO 01-1681
    February 11, 2005

20. Riviera Homeowners Association v Shea Homes
    Santa Clara County California Superior Court
    No. 1-01-CV-798340
    February 14, 2005

21. Summa v USAA
    Santa Cruz County California Superior Court
    No. CV 145644
    February 21, 2005

22. Theriault v Harley Davidson Motor Co.
    Alameda County California Superior Court
    No. 2002-042292
    March 21 and 23, 2005

23. Bhamra v Burlington Northern
    San Joaquin County California Superior Court
    No. CV019608
    April 8, 2005

24. General Conservation Corporation v Manufacturer's Holdings, Inc.
    United States District Court for the District of Maryland Northern Division
    No. CCB 03-CV-2858
    May 20, 2005

25. Arias v Award Homes
    Monterey County California Superior Court
    No. M54183
    August 29, 2005

26. Arias v Award Homes – Copper Tube Class Action
    Monterey County California Superior Court
    No. Unknown
    February 6, 2006

27. Telik v City of Palo Alto
    Santa Clara County California Superior Court
    No. 1-04-CV-027100
    February 20, 2007

28. Verma v Lin/Rosenthal
    Santa Clara County California Superior Court
    No. 107CV-087359
    March 7, 2008

29. Westerdale v Ames Taping Tools, Inc.
    San Joaquin County California Superior Court
    No. CV 030279
    June 19, 2008

30. Galleria v Bay Contract Maintenance
    Unknown Court
    Unknown Number
    August 14, 2008

31. Hegner v OEM Controls
    Sacramento County California Superior Court
    No. 06AS04929
    October 7, 2008

32. Fishman v Pavestone
    Santa Clara County California Superior Court
    No. 106CV066939
    February 12, 2009

33. Heierle v Grainger
    San Mateo County California Superior Court
    No. CIV 439810
    March 16, 2009

34. DeAnza Interiors v Fatima Restaurant
    Santa Clara County California Superior Court
    No. 1-07-CV-082250
    September 1, 2009

35. Girton v Silverwing
    Washoe County Nevada District Court
    No. CV06-00930
    September 9, 2009

36. DeAnza Interiors v Fatima Restaurant
    Santa Clara County California Superior Court
    No. 1-07-CV-082250
    November 20, 2009

37. Becerril Air Solutions, Inc. v California Cooling Supply Co., Inc
    Imperial County California Superior Court
    No. ECU04688
    January 8, 2010

38. Scott v Dorel Industries, Inc.
    United States District Court for the Northern District of Texas Dallas Division
    No. 3:09-CV-0799-K
    July 8, 2010

39. Gomez v Holt
    Sacramento County California Superior Court
    No. 34-2008-16433
    December 2, 2010

40. Scott v Dorel Industries, Inc.
    United States District Court for the Northern District of Texas Dallas Division
    No. 3:09-CV-0799-K
    January 21, 2011

41. Hensel Phelps Construction v Haws Corporation
    Tulare County California Superior Court
    No. 10-238378
    June 2, 2011

42. Whirlpool v Zoppas Industries de Mexico
    United States District Court for the Northern District of Illinois Eastern Division
    October 25, 2011

43.     FFIC v Precision Brass
       Placer County California Superior Court
       No. SCV 24500
       December 21, 2011

44.     FieldTurf USA, Inc. v TenCate Thiolon Middle East, LLC
       United States District Court for the Northern District of Georgia Rome Division
       No. 4:11-CV-00050
       September 11, 2012

45.     Bronco Professional Park, LLC v Tina J. Dhillon, M.D.
       Madera County California Superior Court
       No. MCV050582
       January 9, 2013

46.     Avila v San Jose SaberCats
       Santa Clara County California Superior Court
       No. 110CV185722
       April 5, 2013

47.     Hundert v Silverwing
       Washoe County Nevada District Court
       No. CV11-01665
       September 4, 2013

48.     Capri Creek Associates, LLC v Etter and Son Construction, Inc.
       Sonoma County California Superior Court
       No. SCV247137
       September 17, 2013

49.     Sanchez v Ralph - 950 Duncan Street, San Francisco, CA
       San Francisco County California Superior Court
       No. CGC-12-519375
       October 22, 2013

50.     Robert Gutierrez v Landavazo Bros.
       Alameda County California Superior Court
       RG10-534082
       January 7, 2014

51.     Stokes v Kmart
       Alameda County California Superior Court
       RG13683700
       February 26, 2014

52. Robert Gutierrez v Landavazo Bros.
    Alameda County California Superior Court
    RG10-534082
    March 6, 2014

53. Masada v Almaden
    Santa Clara County California Superior Court
    111CV201721
    April 23, 2014

54. Barsky v Matrix Fitness Systems
    Santa Clara County Superior Court
    113 CV 241863
    September 24, 2014

55. Coterel v Dorel Juvenile Group
    United States District Court for the Western District of Missouri
    2:13-cv-4218
    November 5, 2014

56. Capri Creek Associates, LLC v Etter and Son Construction, Inc.
    Sonoma County California Superior Court
    No. SCV247137
    December 5, 2014

57. Regents of University of California v Devcon Construction
    Santa Cruz County California Superior Court
    No. CV174499
    March 6, 2015

58. Matias v Whirlpool
    San Francisco County California Superior Court
    No. CGC-14-538664
    July 29, 2015

59. Gutierrez v Flame Engineering
    Kings County California Superior Court
    No. 12 C0323
    August 13, 2015

60. Monte Vista v Pinn Bros. Construction
    Alameda County California Superior Court
    Case No. FG11593402
    August 27, 2015

61. Linder v Cynosure
    Los Angeles County California Superior Court
    Case No. BC559399
    February 26, 2016

62. West Bay Builders v Stockton Unified School District
    San Joaquin County California Superior Court
    No. 4509
    April 15, 2016

63. Kirk & Epler v Lee (McCaleb Deck)
    San Francisco County California Superior Court
    No. CGC-15-545922
    May 25, 2016

64. Tomlinson v Woodhouse (Tomlinson Fuel Pump)
    Kings County California Superior Court
    No. 13 CO285
    June 2, 2016

65. The Candlestick Point – The Cove Homeowners Association v Top Vision Development
    San Francisco County California Superior Court
    No. CGC-12-523818
    December 19, 2016

66. FPIC v Tymco (USS Sweeper)
    San Joaquin County California Superior Court
    No. STK-EV-UPI-2014-859
    January 10, 2017

**Trials, Arbitrations, Hearings**

1. Frontier Ford v Technical Chemical
   United States District Court of California
   No. C96-20678-PVT
   December 1, 1997

2. Willis v Transamerica Leasing, et al.
   Cook County, Illinois
   No. 98 L 3127
   September 12, 1999

3. Stejskal v City of Modesto, et al.
   Stanislaus County California Superior Court
   No. 156057
   June 21, 2000

4. DeAnza Interiors v Fatima Restaurant
   Santa Clara County California Superior Court
   No. 1-07-CV-082250
   February 2 and 3, 2010

5. Gomez v Holt
   Sacramento County California Superior Court
   No. 34-2008-16433
   January 5, 2011

6. Hensel Phelps Construction v Haws Corporation
   Tulare County California Superior Court
   No. 10-238378
   June 29, 2011

7. Swanson v Kuchman
   Sacramento, California
   Arbitration
   July 8, 2011

8. Whirlpool v Zoppas Industries de Mexico
   Chicago, Illinois
   Arbitration
   December 8 and 9, 2011

9. Scott v Dorel Industries, Inc.
   United States District Court for the Northern District of Texas Dallas Division
   No. 3:09-CV-0799-K
   February 7, 2013

10. Pape Material Handling
    Oakland, CA
    Hearing, California Department of Motor Vehicles
    May 23, 2013

11. Pape Material Handling
    Alameda County California Superior Court
    People v Nielson
    October 7 and 8, 2013

12. Sanchez v Ralph - 950 Duncan Street, San Francisco, CA
    San Francisco County California Superior Court
    No. CGC-12-519375
    November 4, 2013

13. Stokes v Kmart
    Alameda County California Superior Court
    RG13683700
    April 15, 16, and 17, 2014

14. Masada v Almaden
    Santa Clara County California Superior Court
    111CV201721
    February 6, 2015

15. Coterel v Dorel Juvenile Group
    United States District Court for the Western District of Missouri
    2:13-cv-4218
    March 9, 2015

16. North American Production Sharing, Inc. v Pronto Products Co.
    Orange, California
    Arbitration
    July 22, 2016

17. Ogilvie v Boschetti (Boschetti Golf Club)
    San Francisco County California Superior Court
    No. CGC-14-542736
    December 12, 2016

18. West Bay Builders v Stockton Unified School District
    San Joaquin County California Superior Court
    No. 4509
    January 26 & 27, 2017