# Exhibit A

## **Materials Considered**

The materials I considered in my affidavit are specifically identified and specific exhibits are attached.