# Exhibit B

# Jason A. Janét, Ph.D.

4400 Blossom Hill Court
Raleigh, NC 27613
Mobile: (919) 225-1724
E-mail: jasonajanet@gmail.com

## Education

- Ph.D. Electrical & Computer Engineering, North Carolina State University, 1998
- M.S. Integrated Manufacturing Systems Engineering, North Carolina State University, 1994
- B.S. Mechanical Engineering, University of Virginia, 1990

## Employment History

**DeltaFive:** 2014 - present
- **Division CEO – Delta Five Robotics:** Lead corporate, business, IP and technical development for spin-out company, focused on robotics, automation, unattended sensors, SaaS, and assurance for hospitality markets.
- **Division CEO – Delta Five Systems:** Lead corporate, business, IP and technical development for spin-out company, focused on IoT, unattended sensors, SaaS, and Lure Formulation for pest and hospitality markets.
- **Private Equity Group:** Winston Holdings. Conglomerate comprises ~1100 full-time matrixed employees.
- **Business/M&A Case Due Diligence:** Extensive use of my comprehensive pro forma system that automatically generates headcount, space requirements, revenues, COGS/COSS, FFE, A/R, A/P, taxes, payroll, pricing, escalations, valuation, cashflow, balance sheets, and profit & loss (P&L).

**Avionic Instruments & Acme Aerospace (Transdigm [TDG]):** 2002 – 2004, 2013 - 2014
- **Director of Sales, Program Management** (2013-2014), **Director of Development** (2002-2004).  See www.transdigm.com, www.avionicinstruments.com, www.acme-aero.com, or www.aerospacecoolingsolutions.com.
  - Manage multiple product lines and teams of cross-functional staff including: product line managers (PLMs), account managers, inside sales, international sales, marketing, repair, scientists, engineers, technicians, distributors and rep organizations. (270 employees)
  - P&L, strategy, (mid-) quarterly reporting, and forecasting for ~$105M/yr volume, 50% EBITDA, and 10% year-over-year growth.
  - Product lines comprised approximately 600 SKUs for advanced aerospace energy storage, distribution, conversion and control.
  - Epicor ERP for standard resource planning, including inventory optimization and workflow.
  - Change-Agent activities include, but are not limited to turning around the over-budget/over-schedule Sikorsky S97/JMR programs utilizing my "Tasks-n-Timelines (TNT)" system, and in coordination with Transdigm Corporate, Sikorsky, external program partners, PLMs, R&D, QTP/ATP, manufacturing and contractors. Program, which was 12 months behind schedule, was turned around in four months, without over-spending and with retention of all 47 FTE's involved.
  - Other change-agent examples include incubation and spin-out of **VortexHC** and **RxMedic** (see below), M&A due-diligence based on my comprehensive pro forma system, supply-chain restructuring for Aerospace Cooling product lines, and re-org of Sales/PLM teams.
- **Programs:**
  - **S97 Raider Light Tactical Helicopter –** Autonomy, power distribution and electrical system (PDES) for the Sikorsky S97 LTH, including FAA-compliant software development per DO-178B.  (2013 – 2014) See http://www.youtube.com/watch?v=qy-Xb3X-bC0.
  - **Joint Multi-Role Helicopter –** Leveraging S97, JMR employs a scaled-up level of autonomy/PDES for Sikorsky-Boeing team, under U.S. Army funding. (2014)
  - **Blue Fans –** Aerospace Cooling Solutions supply chain optimization. (2013 – 2014)
  - **DARPA Distributed Micro-Robotics –** PI/PM for *"Mobile Robots that Climb Vertical and Inverted Surfaces."* sponsored by DARPA – MTO. Development of mobile robots that climb walls and ceilings for surveillance, reconnaissance and breaching. Collaborated with Lockheed-Martin for automatic target recognition, and Picatinny Arsenal for *Lamprey* SLAM holder.  (2002 – 2004)

**Duke University, Pratt School of Engineering:** 1999 - present
- **Adjunct Associate Professor** (2005-present) and **Adjunct Assistant Professor** (1999-2005).
  - Courses Taught Include:

- Introduction to Robotics & Automation (MAE 442, ECE 383, ECE 142)
- Control Theory (ECE 141)
- **MS Committee Member:** Serve on graduate student committees and advise research.
- **Advisor** and sponsor for Duke's Wall-Climbing Robot Team, which earned 1st place in the 2004 and 2005 International Climbing and Walking Robot (CLAWAR) Competitions in Madrid, Spain and London, England.  Sponsored by the LORD Corporation and VortexHC.
- **Advisor** for Duke's DARPA Grand Challenge Team, in support of the Carnegie Melon Red Team(s), which earned 2nd and 3rd places. Perception included RADAR, LIDAR, IMUs and GPS.
- **Advisor** and sponsor for Duke's Autonomous Underwater Vehicle (AUV) team, which earned finalist standings five times in the AUVSI/ONR International Autonomous Underwater Vehicle Competition. Participated in annual competition every year since 2001, with the following rankings: 2nd in 2006, 4th in 2005, 5th in 2004, 3rd in 2003, 4th in 2002, and 7th in 2001.  Sponsored by LORD, VortexHC, and SeaBotix.

## Teledyne Technologies [TDY]: 2011 - 2013

- **Senior Manager**
  - Lead cross-functional teams of scientists and engineers in CONUS, and identify M&A prospects
  - Lead contingents of cross-division teams to secure ~$352M in funding over 24 months.
  - Plan and execute CRAD, business development and coordinate with strategic business units
  - Employ Epicor ERP for resource planning and workflow.
- **ONR/USMC Cargo UGV** – PM for ONR/USMC-sponsored Cargo Unmanned Ground Vehicle (CUGV) Program subcontract (2011-2012).  Manage team of engineers and scientists, in coordination with contract prime (Oshkosh) for unmanned combat vehicle control, perception and navigation.  Multi-sensor suite included EO/IR Vision, LIDAR, IMU, and GPS.
- **Army LTL** – PM for Army-sponsored Lighten-the-Load (LTL) Program subcontract (2012-2013).  Manage team to develop statistics- and vision-based perception system comprised of stereo EO and stereo LWIR cameras to find and track leader(s), perform optical odometry, detect and map obstacles, and enhance SIGINT.  Interface with sensors (LIDAR, IMU, GPS), autonomy for ATV-sized unmanned ground vehicles.
- **NASA ESP** – PM for RTP-based tasks for NASA Engineering Services and Prototyping demonstration (2012-2013).  Provide Teledyne Engineering Services (lead), SAIC, Oceaneering, and Schafer with robot prototype and vision-based perception to detect, classify and track targets. Resulted in $350M contract.
- **DARPA EXACTO** – PM for NC-based tasks for DARPA TTO Extreme Accuracy Tasked Ordnance (EXACTO) Program (2012-2013). Program entails developing the first ever guided small-caliber bullet with MEMS-based actuation, optical bullet tracking, optical target tracking, and bullet guidance to greatly improve accuracy and extend the day and nighttime range over current state-of-the-art sniper systems.
- **DARPA AngelFish** – PI/PM and inventor of the AngelFish Cross-Domain Submersible UAV, a man-portable, floodable airframe with tilt-thrusters capable of operating in and transitioning between the air, surface and underwater.  Designed for optimal balance between hydro-/fluid-dynamics, materials, guidance/ navigation/control sensors, power conversion/storage, and perception for wing-in-ground flight.
- **Army PIRST** – Propose and capture the Pursuant In-stride Reconnaissance, Surveillance & Targeting (PIRST) program.  Identified as "selectable for funding" by Army Night Vision & Electronics Sensors Directorate (NVESD) in 2013, pending funding for period of up to 24 months.

## RxMedic Systems: 2004 – 2011 (*spin-out from Avionic Instruments*)

- **CTO** (2007-2010), **General Manager** (2006-2007), **Co-Founder** (2004), **Board Member** (2004-2006), and **Director** of post-acquisition division of JM Smith (2010-2011).
  - Manage spin-out from **Avionic Instruments** (2004)
  - Build and lead nationwide growth of cross-functional teams to 75+ employees
  - Direct product development, manufacturing, field support, technical sales and marketing
  - Manage business and corporate strategy, execution, M&A, ITAR/EAR-compliance
  - Manage IP Portfolio & Legal: Patents include USPTO# 7,726,514 and 8,091,733
  - Oversee P&L, accounting, raising of capital, and accounts receivable
- **RxMedic ADS**: Invent, develop, market and support automated pharmacy dispensation and packaging systems for retail, hospital, mail-order and industrial fulfillment organizations.
- **RxMedic ACS**: Integrate, refine, market and support automated pharmacy counting systems for retail and hospital fulfillment organizations.
- Co-negotiated the acquisition of RxMedic Systems by JM Smith, Inc. in May of 2010, established RxMedic as a division, and coordinated transition process. See www.rxmedic.com.

**Vortex HC:** 2004 - 2009 (*spin-out from Avionic Instruments*)
- **Vice President** (2004-2006), and **Facilities Security Officer (FSO)** (2005-2006)
    - Manage spin-out from **Avionic Instruments** (2004)
    - Lead cross-functional teams for product development, manufacturing, support, sales and marketing
    - Manage business and corporate strategy, execution, licensing, and ITAR/EAR-compliance
    - Support domestic and international legal and IP portfolio management, P&L, AP/AR
- **DARPA ARTEMIS** – PI and PM for *"*Vortex-Based AUVs for Counter-Mine and Counter-Obstacle Operations" sponsored by DARPA – ATO. Managed development of holonomic AUVs for landing on mines and performing soft-kill neutralization. Integrated CFD, rugged materials, MEMS-sensors for guidance, navigation and control. Collaborated with UT-ARL for development of circular synthetic aperture sonar and Teledyne RD Instruments for DVL. Developed high-precision acoustic underwater tracking system.
- **Products**: Managed development, manufacturing, world-wide marketing, and support of the following to military, law-enforcement, security, rescue, nuclear and entertainment customers:
    - VMRP Wall-Climbing Robot – Man-portable mobile robots that climb walls and ceilings.
    - Submersible Attractor – Rad-hardened attractor for nuclear energy market BWR inspection
    - Submersible VMRP Robot – Man-portable underwater robots for bulkheads and tank interiors.
    - Lamprey SLAM Holder – Surface-agnostic instant placement mechanism for Picatinny Arsenal's Selectable Land- and Anti-personnel Mine (SLAM) breaching charge.
- **Licensing**: As part of acquisition strategy, instituted licensing and transition of VRAM technologies:
    - SeaBotix LBC – Little Benthic Crawler Remotely Operated Vehicle (ROV).
    - SeaRobotics HullBUG – Autonomous hull-grooming robot.
    - BDT – Attractors for high-speed, high-efficiency, low-overhead print media handling.
- **ONR & NAVSEA HullBUG VRAM –** PI/Consultant for "Attractor Design for the Hull Biomimetic Underwater Grooming (HullBUG) Technology" and "HullBUG VRAM Design Optimization". (2006–2009).

**Nekton Research (iRobot [IRBT]):** 1998 - 2002
- **Vice President of R&D** (1998-2000) and **Director of Business Development** (2000-2002).
    - Lead cross-functional teams of scientists, engineers and technicians for maritime-focused product development, low-rate production, field deployment, and business development
    - Contribute to IP Portfolio: Co-inventor on USPTO# 6,378,801 (2002)
    - Incubate and launch Parata Systems, a pharmacy automation and packaging company (1999-2002)
    - Provide early-stage due-diligence for acquisition by iRobot (2006)
- **Principal Investigator and Program Manager:**
    - **DARPA LSALS-SP3** – PI/PM for "3D Plume Tracing using Ranger™ MicroAUVs," sponsored by DARPA – MTO. Joint effort with Sandia National Labs, and Woods Hole Oceanographic Institute. Developed multiple collaborative MicroAUVs that search for and localize plume sources and aircraft blackbox, to rescue and/or recover humans and assets.
    - **DARPA Distributed Micro-Robotics** – PI/PM for "Swimming Arrays for Anti-Submarine Warfare", sponsored by DARPA – ATO. Joint effort with Draper Labs, Johns Hopkins University Applied Physics Lab, and Solers. Provided feasibility and preliminary designs for mobile acoustic array formations of multiple MicroAUVs. In contrast to towed arrays (e.g., TB-29), *Swimming Arrays* decouple tactical maneuvers from sensing maneuvers; enable protracted sensing, strong source direction discrimination, forward end-fire view, and dynamic array beamforming for surveillance and reconnaissance.
    - **DARPA Distributed Micro-AUVs** – PI/PM for "Aquatic Microbots", sponsored by DARPA – MTO. Under *Distributed Robotics* program, manage project to design, build and demonstrate ultra-small AUVs, called "MicroHunters™", which can maneuver in 3D using only one moving part. Resulting navigation, called "Helical Klinotaxis" was validated on three different platforms and successfully demonstrated to DARPA. Explore feasibility of micro-actuation. Listed as co-inventor on patent entitled "3D Orientation for Aquatic Robots Using Helical Klinotaxis", issued by USPTO in April 2002.
    - **Forensics ROV** – PM and inventor of porthole-size ROV to perform forensic analyses of sunken assets. Based on a diametrically-opposed, large-diameter, low-velocity, vector thrusters, provide underwater telepresence to search for remains, assets and root-cause indicators. Unique design minimized silt disturbance, and maximized options for ingress and egress. (Private customer)
    - **Deepwater Towfish** – 6500m depth-rated towfish to carry sensor suite for applications in energy sector, telecommunications sector, sub-bottom profiling, and terrain mapping. (Private customer)
    - **DARPA APLA/MGM** – PI/PM for "MicroHunter Guidance and Control of 60mm Mortars", sponsored by DARPA – ATO. Under *Anti-Personnel Landmine Alternative/Minimally Guided Munitions* (APLA/MGM) program, collaborate with Battelle Memorial Institute to demonstrate feasibility, integrate

microelectronic GNC sensors and actuators, and validate performance of single-actuator control force producer and guidance algorithm for indirect-fire munitions.  Performance exceeded specifications.

**North Carolina State University, School of Engineering:** 1992 - present
- **Adjunct Associate Professor** (2009-present), **Adjunct Assistant Professor** (2000-2009), **Board Member Integrated Manufacturing Systems Engineering Institute** (1998 – present), **Instructor** (1996-1999), **Researcher** (1992-1996).
    - Teaching Experience:
        - Introduction to Robotics & Automation (ECE 444, ECE 591)
        - Control Theory (ECE 435)
        - Distributed (Statistics-based) Controls (ECE 492Z)
    - **MS Committee Member:** Serve on graduate student committees, sponsor and advise research.
- **Advisor** and **Corporate Sponsor** for NCSU's Autonomous Underwater Vehicle (AUV) team, which began participating in the AUVSI/ONR International AUV Competition.  Participated in 2005 and 2006.
- **NASA-HELIOS** – PM for development and demonstration of semi-autonomous robotic system for lunar habitation and transport.  Under NASA's Exploration Office, and funding from United Technologies, Caterpillar, and North Carolina Space Grant Consortium.  Managed team of 40+ people to build and competitively demonstrate lunar exploration and habitation mission including deployment of lunar lander, UGV, and personnel habitat modules.  Mission was demonstrated in full and earned first place and NASA's *1998 Extra Terrestrial Award.* January 1996 to April 1998.
- **DARPA/ONR Outdoor Landmark Recognition** – Researcher for "Outdoor Landmark Recognition Using Hybrid Fractal Vision System and Neural Networks", by DARPA and ONR. Validate new approach to detecting and recognizing outdoor landmarks using the Region-Feature Neural Network.  (1993–1996)
- **Other Systems**: Bipedal robot (*Jenner*), a hexapod colony, an autonomous mobile robot (*Lazarus*), a fuel-pump kiosk control system (*Gilbarco*), home automation & security based on decentralized control networks.

**Other Professional Highlights:**
- **Patent Litigation Expert Witness**, Provided reports, descriptive imagery and testimony for litigation including intellectual property infringement and trade.  Cases include:
    - Spinmaster vs YourStoreOnline – Wall-Climbers (2009-2010) [CV 09-5803 CAS];
    - SpinMaster vs YourStoreOnline – RC Helicopters (2009-2010) [ CV 09-2121 CAS];
    - ScriptPro vs Innovation – Pharmacy Automation (2011-2015) [06-2468-CM U.S. District Court, KS].
    - Segway vs Shenzen Inmotion – (2015) Personal Transporters [International Trade Commission].
    - Rehco LLC v. Spin Master Ltd. (2015-2017)  (No. 1:2013cv02245, Northern District of Illinois)
    - Segway/DEKA v. Ninebot, et al. (Inv. No. 337-TA-935, U.S. International Trade Commission)
    - DJI v. Yuneec (No. 5:16-cv-595, U.S. District Court, Central District of California)
    - CONFIDENTIAL – (2015-2017) Evaluate IP and Enabling Technologies for Submersible Systems.
    - CONFIDENTIAL – (2017-pres) RC Helicopters [Civil Action No. 1:13-cv-02245].
    - CONFIDENTIAL – (2015-2017) Self-Balancing Vehicles [International Trade Commission].
    - CONFIDENTIAL – (2015-2017) Self-Balancing Vehicles [International Trade Commission].
    - CONFIDENTIAL – (2015-2017) Personal Transporters [International Trade Commission].
- **Patent Inventorship:**
    - 6,378,801: Devices and methods for orienting and steering in three-dimensional space.
    - 7,726,514: Automated article dispensation mechanism.
    - 8,091,733: Automated article dispensation mechanism.
    - 8,751,035: Automated laundry drop-off and retrieval system.
    - Other patents pending.
- **Board of Advisors:** Provide strategic technology, business and corporate expertise for growth of:
    - **Panacea BioMatx Inc** - Panacea (see www.panacea.me) is developing automation and data intensive systems for customizing nutraceuticals and medications at the individual level.
    - **RxMedic** – Automation for preparing prescription orders in retail, government, and hospital pharmacies.
    - **VortexHC** – Non-dexterous gripping, and robots that climb vertical and inverted surfaces, in air and underwater.  Also, 6DOF holonomic AUVs for clandestine counter-mine/counter-obstacle operations.
    - **NCSU Integrated Manufacturing Systems Engineering Institute** – Multi-disciplinary graduate education and practical training of integrated systems at the master's level.

## Selected Publications (13 of 36)

- "Think It, Build It, Win It: Vision-Based Robot Design Secures Teledyne a \$350M NASA Engineering Contract" H. Neale. To appear in *NASA Tech Briefs* 2013/2014.

- "Automation is Changing Pharmacy: How Reducing Repetition Behind the Counter Improves Over the Counter Care" J. Janét. October 2010. *Insight Magazine.*

- "Automate Your Profits" J. Janét. October 2009. *Insight Magazine.*

- DTIC #ABV 299170 (NATICK/TR-04/013L): "Vortex Regenerative Air Movement: Attraction and Attachment on Vertical and Inverted Surfaces— A Simple Method for Static and Mobile Robots for Climbing Walls and Ceilings" J. Janét, D. Reinfeld, B. Wiedeman. October 2003. (Contract No. DAAD16-00-C-9259; US Army Soldier Systems Command, Natick, MA)

- DTIC #AD B267 288 (NATICK/TR-01/009L): "MicroHunter Control Applications for Elimination of Anti-Personnel Landmines: Low-Cost, Minimally Guided Munitions – A Simple Method for Controlling the Trajectory of Spinning Projectiles" M. Kemp, J. Janét, and C. Pell. May 2001. (Contract No. DAAN02-98-C-4030; US Army Soldier Systems Command, Natick, MA)

- "Development of a Micro Autonomous Underwater Vehicle for Complex 3-D Sensing", *IEEE/MTS Oceans 2001 Conference*; Honolulu, HI; Nov 2001; B. Hobson, B. Schulz, J. Janet, R. Moody, C. Pell, and H. Pinnix.

- "MicroAUVs I: Platform Design and Multi-Agent System Deployment", *Unmanned Untethered Submersible Technology (UUST)*; August 2001; Durham, NH; B. Schulz, B. Hobson, J. Janét, M. Kemp, R. Moody, C. Pell, H. Pinnix, J. Pollard, and H. Crenshaw.

- "Assessing the Performance of Oscillating Fin Thruster Vehicles", *Unmanned Untethered Submersible Technology (UUST)*; August 2001; Durham, NH; M. Kemp, B. Hobson, J. Janét, C. Pell, and E. Tytell.

- "Using Control Networks to Control Multiple Autonomous Mobile Robots: Biped, a Hexapod Colony, and a Complex Autonomous Mobile Robot", *IEEE Int'l Conf. on Robotics & Automation*; Detroit, MI; May 1998; J. Janet, B. Wiseman, R. Michelli, S. Scoggins, and A. Walker.

- "Autonomous Mobile Robot Global Self-Localization Using Kohonen and Region-Feature Neural Networks", *Jnl of Robotic Systems*; Vol. 14, No.4, 1997; J. Janet, R. Gutierrez, T. Chase, M. White, J. Sutton.

- "Combining Self-Organizing Geometric Certainty Maps with the Unscented Kalman Filter", Proc. of *IEEE Int'l Conf. on Robotics & Automation*; Leuven, Belgium; May 1998; J. Janét, J. Brickley, M. Kay, M. White, and J. Sutton.

- "Modeling of Sonar Sensors for Localization of Autonomous Mobile Robots", *IEEE Transactions on Industrial Electronics*; October 1998; R. Gutierrez, J. Janet, and R. Luo.

- "Autonomous Mobile Robot Global Motion Planning and Geometric Beacon Collection Using Traversability Vectors", *IEEE Trans on Robotics & Automation*; Vol.13, No.1, 1997, Pages:132–140; J. Janét, M. Kay, and R. Luo.

## Book and Software

"Computational Intelligence: Supervised and Unsupervised Learning with Neural Networks", J.A. Janét and J.C. Sutton III.  Copyright © 1998-2013.  ISBN #0-9678493-0-6.  Textbook included a time-limited single-user license for neural network software by TMI Robotics, Inc.  Software included data, the *Region-Feature Neural Network* and the *Hyper-Ellipsoid Clustering Neural Network* for pattern analysis and machine intelligence. Marketed through NCSU, National Technological University (NTU) and Video Based Engineering Education (VBEE).

## Skills Brief

- *Executive Leadership.* Provided fiscal, strategic and operational leadership in application and development of heavily engineered systems for software, robotics and automation, medical, pharmacy, maritime, aviation, government, military, law enforcement, security, entertainment, hospitality, analytics, pattern analysis, and energy markets.  Demonstrated ability to develop and implement business plans, integrate emerging technologies, raise capital, be an effective change agent, and transition product and client service concepts to commercial viability.  Effective collaborator with companies, academic institutions, military, government and foreign entities; have coordinated with DCAA and DCMA.  Experienced with legal aspects of start-up, spin-out, operations, ISO/NSO, due diligence, acquisition, discovery, intellectual

property & litigation. Successful manager of sales, marketing and finance including, ROI tool development, market research, prospecting, sales presentations, system demonstration, competitive analysis, brand development, multi-media advertising, contract negotiation, deal closure, A/P and A/R.

- *Board Member.* Effective strategic contributor and communicator on behalf of corporations (RxMedic, Panacea Biomatix, and VortexHC) and an academic institution (NCSU IMSEI).

- *Engineering and Product Development.* Demonstrated ability to develop and deploy software, statistical modeling and intelligent electro-mechanical systems including automated retrieval systems, fixed-base robots, medical systems, mobile robots, autonomous and remote-control unmanned ground robots, wall-climbing robots, hull inspection & cleaning robots, nuclear vessel inspection robots, autonomous underwater vehicles, non-destructive inspection robots, retail automation, and mine neutralization robots.

## Additional

- **Security Clearance.**  Facilities Security Officer (FSO) for Vortex HC.  Coordinated processing of SECRET level Facility Clearances (FCL) and Personnel Clearances (PCL).  Operational clearance level – SECRET.

- **Institute of Electrical & Electronic Engineers (IEEE):** Robotics, Controls & Pattern Analysis.

- **Autonomous Unmanned Vehicle Systems International (AUVSI)**

- **American Society for Engineering Education (ASEE)**

- **American Society of Mechanical Engineers (ASME)**

- **PADI SCUBA:** Professional and recreational dives involving underwater mobile robots, hull inspection, underwater video, etc.

- **Commercial Drivers License:** Class-A CDL, registered in North Carolina.

- **USPA Skydiving:** (1991 – 1997) D-license with 400 jumps including demonstrations, accuracy, and freefall relative work (RW).  National collegiate RW championship team in 1994 (Richmond, IN).  Carolina Sky Sports accuracy champion in 1993 (Franklinton, NC).  USPA Jumpmaster certification in 1996.

- **Pyrotechnician:** Class-A/B levels.

- **Master Mason:** Foundation of ~20 years of construction experience, primarily with ornamental brick, stone and concrete.  Experience initially gained as a youth within family-owned and operated business (Dogwood Quarries) in DC-metropolitan area; summers and school breaks from 1981 until 1997.  Since 1998, all work has been *pro bono* including for Habitat for Humanity.

## Computer Tools

**Proficient:** SalesForce, PowerPoint, Excel, Word, Project, MATLAB, Lotus Notes
**Prior experience:** Epicor ERP, QuickBooks, AutoCAD, SolidWorks, OrCAD, LabView, C/C++, Assembly