# Exhibit Q

US005676582A

# United States Patent [19]

Lin

[11] Patent Number: 5,676,582

[45] Date of Patent: Oct. 14, 1997

[54] **ROLLING TOY**

[76] Inventor: **Kuo Jung Lin**, No. 100, Lane 175, Cheng Kung Road, Tainan, Taiwan

[21] Appl. No.: **661,752**

[22] Filed: **Jun. 11, 1996**

[30] **Foreign Application Priority Data**

Feb. 14, 1996 [CN] China .............................. 96203097.X

[51] **Int. Cl.**[6] .................................................. **A63H 33/26**

[52] **U.S. Cl.** ......................... **446/130**; 446/136; 446/397; 446/458

[58] **Field of Search** .................................... 446/130, 135, 446/136, 397, 297, 458, 303, 269, 270, 279, 288

[56] **References Cited**

U.S. PATENT DOCUMENTS

2,452,939 11/1948 La Forge ................................ 446/135
2,505,626 4/1950 Palmer ................................... 446/130
4,726,800 2/1988 Kobayashi ............................ 446/458
4,993,983 2/1991 Kurita et al. ....................... 446/130 X

*Primary Examiner*—Mickey Yu
*Attorney, Agent, or Firm*—Bacon & Thomas

[57] **ABSTRACT**

A rolling toy includes a sphere body composed of two parts between which a axle is connected, a frame disposed in the sphere body and having a motor disposed thereto which is mechanically connected to a gear assembly, an end gear of the gear assembly fixedly mounted to the axle, a magnetic switch disposed to the frame and including a switch element and a first magnetic element, a weight disposed to the frame and located opposite to the first magnetic element, a second magnetic element magnetically adhered to an outer surface of the sphere body and magnetically lifting the first magnetic element so as to actuate the magnetic switch to let the gear assembly be operated such that when the sphere is rolled, the second magnetic element will always be magnetically adhered to an upper position of the rolling sphere body.

**5 Claims, 8 Drawing Sheets**







FIG.1



U.S. Patent Oct. 14, 1997 Sheet 2 of 8 5,676,582

11
361
40
30
12
13
11
14
31
32

FIG.2

U.S. Patent Oct. 14, 1997 Sheet 3 of 8 5,676,582

10
361
40
30
11
11
13
14
12
12
32

FIG. 3



FIG. 4



FIG.5

U.S. Patent Oct. 14, 1997 Sheet 6 of 8 5,676,582

10'
21'
13'
12'

FIG. 6

U.S. Patent Oct. 14, 1997 Sheet 7 of 8 5,676,582

10′
361′
21′
13′
12′

FIG. 7

U.S. Patent Oct. 14, 1997 Sheet 8 of 8 5,676,582

20'
21'
13'

FIG. 8

# ROLLING TOY

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a rolling toy and more particularly, to a rolling toy having a motor disposed therein which is connected to an axle of the toy and actuated by a magnetic switch, the rolling toy having a weight disposed therein such that a magnetic element is magnetically adhered on the toy and actuates the magnetic switch so as to maintain the magnetic element on the toy when the toy rolls.

2. Brief Description of the Prior Art

A known rolling toy includes a sphere body in which a motor is disposed and a reduction gear assembly is connected to the motor, the gear assembly including a gear fixedly connected to an axle of the sphere body and a weight being disposed in the sphere body. When the motor is actuated, the reduction gear assembly is operated and the gear mentioned above is rotated with the axle of the sphere body. However, a switch of the motor is disposed in the sphere body such that every time when the rolling toy is operated, a user must disassemble the sphere into two parts to operate the switch and then reassemble the sphere again, thus reducing interest to play the toy, especially for a child.

The present invention intends to provide an improved rolling toy which has a magnetic switch disposed therein and an element can be magnetically adhered to the sphere so as to actuate the switch such that the above-mentioned problems are mitigated and/or obviated.

## SUMMARY OF THE INVENTION

The present invention provides a rolling toy which includes a rolling body composed of two parts, an axle connected between a respective inner surface of the two parts. A frame is fixedly disposed to one of the two parts and has a motor disposed thereto which is mechanically connected to a gear assembly which has an end fixedly mounted to the axle of the rolling body.

A magnetic switch is provided on the frame and includes a switch element and a first magnetic element, the first magnetic element supported by the frame and having a rod extending therefrom which removably extends through the frame and the switch element having at least one actuating plate extending therefrom toward the first magnetic element.

A weight is provided on the frame and is located in a position opposite to that of the first magnetic element. The second magnetic element is disposed at an outer surface of the rolling element to magnetically lift the first magnetic element to contact the actuating plate and actuate the switch element such that when the motor and the gear assembly are actuated, the second magnetic element is always magnetically adhered to an upper position of the rolling body.

It is an object of the present invention to provide a rolling toy which is actuated by disposing a second magnetic element onto the rolling body.

Other objects, advantages, and novel features of the invention will become more apparent from the following detailed description when taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of a rolling toy in accordance with the present invention;

FIG. **2** is an exploded view of the rolling toy in accordance with the present invention;

FIG. **3** is a side elevational view, partly in section, of the rolling toy in accordance with the present invention;

FIG. **4** is a side elevational view of an arrangement of the motor, the gear assembly, the weight and the magnetic switch disposed in one of the two parts of the sphere body;

FIG. **5** is a side elevational view of an arrangement of the sphere body onto which a second magnetic element is magnetically adhered;

FIG. **6** is an exploded view of another embodiment of the rolling body wherein the sphere body has a recess defined in an outer peripheral surface thereof to receive a third magnetic element therein;

FIG. **7** is a cross sectional view of the assembled the embodiment of the rolling toy shown on FIG. **6**, and

FIG. **8** is partial cross sectional view showing a second magnetic element magnetically adhered to the third magnetic element.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to the drawings and initially to FIGS. **1** through **4**, a rolling toy in accordance with the present invention generally includes a rolling body, such as a sphere body **10**, composed of two parts **11**, one of the parts **11** has an axle **12** integrally and centrally extending from an inner surface thereof and the other part **11** has a receiving protrusion **14** extending from an inner surface thereof and the distal end of the axle **12** is mounted by a cap element **13** so as to be securely fixed into a recess defined in the receiving protrusion **14**.

A frame **30** is is rotatably supported on axle **12** between parts **11** and has a motor **34** disposed thereon, the motor **34** being powered by a battery set **33** and has an output shaft which is a worm rack **341** mechanically connected to a reduction gear assembly **35** the latter including an end gear **351** fixedly mounted to the axle **12** of the sphere body **10**. A magnetic switch assembly is provided in the frame **30** and includes a switch element **364** and a first magnetic element **361**, the first magnetic element **361** being supported by the frame **30** and having a rod **365** extending therefrom which removably extends through the frame **30**. The switch element **364** has two actuating plates **363** extending therefrom toward two disks **362** extending radially from the rod **365** of the first magnetic element **361**.

A weight **32** is mounted to the frame **30** and is located in a position opposite to that of the first magnetic element **361** such that the first magnetic element **361** is always maintained in an upper position when the sphere body **10** is rolling because frame **30** is rotatably supported as axle **12**.

A second magnetic element **21** is provided at an outer surface of the sphere body **10** and the second magnetic element **21** has a toy bear **20** connected thereto. The second magnetic element **21** is magnetically adhered to the sphere body **10** by the first magnetic element **361** so as to magnetically lift the first magnetic element **361** to contact the actuating plates **363** by the two disks **362** thus engaging the switch element **364** and actuating the motor **34**.

Referring to FIG. **5**, when the motor **34** is actuated, the gear assembly **35** is operated and the axle **12** together with the sphere body **10** is rotated by the end gear **351**. Because the weight **32** is located opposite to that of the first magnetic element **361**, and frame **30** is rotatably supported on axle **12** the first magnetic element **361** is always located at an upper position of the sphere body **10** when the sphere body **10** is rolling. Therefore, the second magnetic element **21** and the

toy bear **21** will maintain the upper position when the sphere body **10** is rolling. Furthermore, the frame **30** has a voice producing element **40** provided thereon that is actuated by the magnetic switch assembly so as to produce sound when the sphere body **10** is rolling.

FIGS. **6** through **8** show an embodiment of the rolling toy wherein the sphere body **10'** has a recess **13'** defined in an outer surface thereof and the recess **13'** is located to share the same axis of the axle **12'**. A third magnetic element **21'** is received in the recess **13'** and is magnetically adhered by the first magnetic element **361'**. The third magnetic element **21'** magnetically adheres a toy bear **20'** such that the toy bear **20'** is always located at a lateral position when the sphere body **10'** is rolling.

Accordingly, the rolling toy in accordance with the present invention can be operated by disposing the second magnetic element **21** onto the sphere body **10'** without disengaging the sphere body **10**.

Although the invention has been explained in relation to its preferred embodiments, it is to be understood that many other possible modifications and variations can be made without departing from the spirit and scope of the invention as hereinafter claimed.

What is claimed is:

**1**. A rolling toy comprising:

a rolling body composed of two parts, an axle connected between a pair of respective inner surfaces of said two parts;

a frame rotationally supported on the axle between said two parts and having a motor disposed thereto, said motor mechanically connected to a gear assembly which has an end gear fixedly mounted to said axle of said rolling body, a magnetic switch disposed to said frame and including a switch element and a first magnetic element, said first magnetic element supported by said frame and having a rod extending therefrom which removably extends through said frame and said switch element having at least one actuating plate extending therefrom toward said first magnetic element;

a weight provided on said frame and located at a position opposite to that of said first magnetic element for maintaining the first magnetic element at an upper position during rolling of the body, and

a second magnetic element disposed on an outer surface of said rolling element for magnetically lifting said first magnetic element to contact said actuating plate and engage said switch element for actuating said motor.

**2**. The rolling toy as claimed in claim **1** wherein said frame further includes a voice producing element disposed thereon, the voice producing element being actuated by said magnetic switch.

**3**. The rolling toy as claimed in claim **1** wherein said motor further includes an output shaft and a worm rack, and said gear assembly is a reduction gear assembly which is engaged with said worm rack.

**4**. The rolling toy as claimed in claim **1** wherein said rod of said first magnetic element includes two disks extending radially therefrom and said switch element includes two actuating plates which extend between said two disks such that when said rod and said first magnetic element are magnetically lifted by said second magnetic element, said two actuating plates contact with each other to engage said switch element.

**5**. The rolling toy as claimed in claim **1** wherein said rolling body includes a recess formed in said outer surface for receiving said second magnetic element.

* * * * *